## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| MARK KLEEMAN, | : | No. 39 MM 2019 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| SHERIFF MARK MCANDREW OF | : | |
| LACKAWANNA COUNTY, PRESIDENT | : | |
| JUDGE MICHAEL J. BARRASSE, CLERK | : | |
| MAURI B. KELLY, ATTORNEY GENERAL | : | |
| JOSH SHAPIRO, | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 8th day of July, 2019, the "Writ of Quo Warranto" is DENIED.  The

Prothonotary is DIRECTED to strike the name of the jurist from the caption.